JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARIO MEDINA,<br><br>          Defendant. | Case No.: 2:21-cv-09070-PA-KS<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| MARIO MEDINA,<br><br>          Counterclaimant,<br><br>     vs.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and DOES 1 THROUGH 5,<br><br>          Counterdefendants. | |
| MARIO MEDINA,<br><br>          Third-Party Plaintiff,<br><br>     vs.<br><br>WILLIAM OLMSTED and DOES 6 THROUGH 10,<br><br>          Third-Party Defendants. | |

– 1 –

# ORDER

Pursuant to the stipulation of the parties, the action is dismissed in its entirety with prejudice.  Parties to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED:  October 31, 2022

_____
Percy Anderson
United States District Judge